UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| JEFF KEITHLEY, individually and on behalf of those similarly situated, | ) <br> ) <br> ) |
| Plaintiff, | ) CAUSE NO.: <br> ) |
| v. | ) **1:11-cv-1072 RLY-TAB** <br> ) <br> ) |
| ECLIPSE ADVANTAGE, INC., | ) COLLECTIVE ACTION PURSUANT TO <br> ) 29 U.S.C. § 216(b) |
| Defendant. | ) |

## COMPLAINT

Plaintiff, Jeff Keithley ("Keithley" or "Plaintiff"), individually and on behalf of those similarly situated, by counsel, brings this action against Eclipse Advantage, Inc., ("Eclipse"), and shows as follows:

### OVERVIEW

1. Eclipse failed to pay Keithley, and those similarly situated, in accordance with the Fair Labor Standards Act ("FLSA") by failing to pay Keithley overtime wages as required under the FLSA for hours he worked in excess of forty (40) in a workweek.

### PARTIES

2. Keithley is an individual who resides in Johnson County, Indiana. He was employed by Eclipse within the meaning of the FLSA during the three year period prior to the filing of this Complaint. At all times hereinafter mentioned, Keithley was an individual employee who was engaged in commerce or in the production of goods for commerce as required by 29 U.S.C. §§ 206-207. Keithley's written consent is attached as Exhibit 1.

3. Eclipse is a Florida corporation doing business in Indiana. Eclipse acted, directly or indirectly, in the interest of an employer with respect to Plaintiff and other similarly situated employees. Eclipse is an "employer" within the meaning of the FLSA, 29 U.S.C. § 203(d).

## JURISDICTION

4. This Court has jurisdiction over Eclipse because Keithley brings a claim arising under federal law.

## VENUE

5. Venue is appropriate in the Southern District of Indiana pursuant to 29 U.S.C. § 216(b) and 28 U.S.C. § 1391.

## FLSA COVERAGE

6. At all times hereinafter mentioned, Eclipse has been an enterprise within the meaning of Section 3(r) of the FLSA, 29 U.S.C. § 203(r).

7. At all times hereinafter mentioned, Eclipse has been an enterprise engaged in commerce or in the production of goods for commerce within the meaning of Section 3(s)(1) of the FLSA, 29 U.S.C. § 203(s)(1), in that the enterprise has had employees engaged in commerce or in the production of goods for commerce, or employees handling, selling or otherwise working on goods or materials that have been moved in or produced for commerce by any person and in that the enterprise has had and has an annual gross volume of sales made or business done of not less than $500,000.

## FACTS

8. Keithley was hired by Eclipse on or about May 17, 2010 and is a current employee.

9. Keithly is employed by Eclipse in the position of Unloader/Material Mover.

10. Keithley's compensation is based upon a percentage of the revenue he and his co-workers generate for Eclipse.

11. Keithley regularly works in excess of forty (40) hours per week.

12. Keithley is not fully compensated for all work he performs because he is not paid overtime at the rate prescribed by the FLSA.

## COLLECTIVE ACTION ALLEGATIONS

13. Eclipse employs Unloaders/Material Handlers at locations throughout the United States.

14. Keithley is similarly situated to other current and former Unloaders/Material Handlers employed by Eclipse in that they share similar titles, job duties, and compensation schemes.

15. Pursuant to their policy and practice, Eclipse failed to pay overtime wages due to all current and former Loaders/Material Handlers employed by Eclipse within the last three years (hereinafter referred to as "Members of the Collective Action").

16. Application of the aforementioned policy and practice of Eclipse was not dependent on the personal circumstances of individual Unloaders/Material Handlers, but rather affected Keithley and all Members of the Collective Action. Application of this policy or practice does not depend on the personal circumstances of Keithley or those joining this lawsuit. Rather, the same policy or practice that resulted in the non-payment of overtime applied to Plaintiff and all Members of the Collective Action. Accordingly, the class is properly defined as:

> All current and former Unloaders/Material Handlers (or their functional equivalents) employed by Eclipse within three years prior to the filing of this Complaint.

17. Eclipse knowingly, willfully, or with reckless disregard carried out its illegal pattern or practice of failing to compensate Keithley and the Members of the Collective Action for overtime hours at the rate of one and one half times their regular rate.

## VIOLATION OF THE FAIR LABOR STANDARDS ACT

18. Paragraphs 1-17 of this Complaint are hereby incorporated by reference.

19. Eclipse has violated the provisions of Section 7 of the FLSA, 29 U.S.C. § 107, by failing to pay overtime compensation to Keithley and those similarly situated.

20. Eclipe has acted willfully in failing to pay Keithley, and those similarly situated, in accordance with the law.

## PRAYER FOR RELIEF

WHEREFORE, Keithley, individually and on behalf of those similarly situated, demands judgment in his favor and requests that the Court grant the following relief:

a. An Order pursuant to Section 16(b) of the FLSA finding Defendant liable for unpaid back wages due to Keithley (and those who join in the suit), in addition to liquidated damages equal in amount to the unpaid compensation due to Keithley (and those who join in the suit);

b. An Order awarding the costs of this action;

c. An Order awarding reasonable attorney's fees;

d. An Order awarding pre- and post-judgment interest at the highest rates allowed by law; and

  e.  An Order granting such other and further relief as may be necessary and appropriate.

          Respectfully submitted,

          _____
          Philip J. Gibbons, Jr. (#19353-49)

          _____
          Andrew G. Jones (#23020-49)

          GIBBONS JONES, P.C.
          Two Meridian Plaza
          10401 North Meridian Street, Suite 130
          Indianapolis, Indiana 46290
          Telephone: (317) 706-1100
          Facsimile: (317) 616-3336
          E-Mail: pgibbons@gibbonsjones.com
              ajones@gibbonsjones.com

          Attorneys for Plaintiff