UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| JEFF KEITHLEY, individually and on behalf of those similarly situated, | ) ) ) |
| Plaintiff, | ) ) |
| v. | ) CAUSE NO: 1:11-cv-1072-RLY-TAB ) |
| ECLIPSE ADVANTAGE, INC., | ) ) |
| Defendant. | ) |

### AGREED STIPULATION AND ORDER CONCERNING NOTICE

AND NOW, this ____ day of June, 2012, it is hereby STIPULATED AND ORDERED:

1. The Parties stipulate that notice of this lawsuit will be provided to the following group of individuals:

    Persons who have been employed by Eclipse Advantage, Inc. as "Unloaders/Material Handlers" who received "Productivity Pay" and who worked more than 40 hours a week at some time during their employment since April 13, 2009 (hereinafter referred to as the "Potential Opt-In Members").

2. The Court approves the forms of the Notice of Collective Action Lawsuit ("Notice") and Consent to Become Party Plaintiff ("Consent Form") attached as Exhibits 1 and 2.

3. As soon as practicable, and in no event later than ten (10) business days of the date of this approval, Eclipse Advantage shall provide to Counsel for Plaintiff the names and addresses of all Potential Opt-In Members so that notice may be implemented.

4. The Court orders that Counsel for Plaintiff shall mail the Notice and Consent Forms to all Potential Opt-In Members within five (5) days of the receipt of the names and addresses from Eclipse Advantage. Counsel for Plaintiff shall mail the Notice and

Consent Forms to all Potential Opt-In Members on a single date (the "Initial Mailing Date").

5. Thirty (30) days after the Initial Mailing Date, Counsel for Plaintiff shall mail the Notice and Consent Forms a second time ("Second Mailing"), but this second mailing shall only be directed to those Potential Opt-In Members from whom Plaintiff's counsel has not yet received a completed Consent Form.[1]

6. In addition to the Notice and Consent Forms, each envelope mailed to a Potential Opt-In Member (whether mailed on the Initial Mailing Date or on the Second Mailing Date) shall enclose a postage pre-paid return envelope for possible use by the Potential Opt-In Member. Each of these postage pre-paid return envelopes will be pre-addressed to Plaintiff's counsel, using the address indicated on the Consent Form.

7. All Potential Opt-In Members shall have sixty (60) days from the Initial Mailing Date to "opt-in" to this lawsuit (the "Opt-In Period") by returning a completed Consent Form to Plaintiff's counsel. Potential Opt-In Members who fail to submit authorization forms within the Opt-In Period shall not be allowed to join this action.

8. Counsel for Plaintiff shall promptly file any such executed authorization forms he receives with the Court along with confirmation of the date on which each such authorization form was post-marked.

9. Nothing in this Stipulation (or the Notice or Consent Form) shall be construed to waive any arguments Eclipse Advantage may have that this action should not proceed as a Collective Action, that Potential Opt-In Members are not similarly situated to each other or that the Potential Opt-In Members have untimely or invalid claims, or any other

---

[1] Counsel for Eclipse objects to the Second Mailing, but, in order to resolve all issues regarding the Notice, has agreed to stipulate to a Second Mailing on the condition that costs associated with it will not constitute recoverable costs. Plaintiff stipulates to this condition.

argument or defense available to Eclipse Advantage, Inc.

Respectfully,                                                                 Respectfully,


s/ Philip J. Gibbons, Jr.                                              s/Ellen E. Boshkoff
Philip J. Gibbons, Jr., Esquire                                Ellen E. Boshkoff, Esquire
pgibbons@gibbonsjones.com                              ellen.boshkoff@FaegreBD.com
Andrew G. Jones, Esquire                                    FAEGRE BAKER & DANIELS LLP
ajones@gibbonsjones.com                                   300 North Meridian Street, Suite 2700
GIBBONS JONES, P.C.                                         Indianapolis, Indiana 46204
10401 N. Meridian Street, Suite 130
Indianapolis, Indiana 46290

Attorneys for Plaintiff                                              Attorneys for Defendant


**IT IS SO ORDERED** this _____ day of _____, 2012.

                                                                    BY THE COURT

                                                                    _____
                                                                    Judge, United States District Court
                                                                    Southern District of Indiana


Distribution:

Philip J. Gibbons, Jr.- pgibbons@gibbonjones.com
Andrew G. Jones- ajones@gibbonsjones.com

Ellen E. Boshkoff- ellen.boshkoff@FaegreBD.com
Thomas J. Pilacek- tpilacek@pilacek.com